| | |
|---|---|
| 1 | **KNIGHT LAW GROUP LLP** |
| 2 | Steve Mikhov (SBN 224676) |
| 3 | stevemusfc@knightlaw.com |
|   | Maite Colon (SBN 322284) |
| 4 | maitec@knightlaw.com |
| 5 | 10250 Constellation Blvd., Suite 2500 |
|   | Los Angeles, CA 90067 |
| 6 | Telephone: (310) 552-2250; Fax: (310) 552-7973 |
| 7 | Attorneys for Plaintiff, |
|   | RENE MARIN |
| 8 | |
| 9 | Kristi J. Livedalen (SBN 155207) |
|   | klivedalen@nixonpeabody.com |
| 10 | Jennifer A. Kuenster (SBN 104607) |
|   | jkuenster@nixonpeabody.com |
| 11 | **NIXON PEABODY LLP** |
| 12 | 300 South Grand Ave., Ste 4100 |
|   | Los Angeles, CA 90071 |
| 13 | Telephone: (213) 629-6000 |
|   | Facsimile: (213) 629-6001 |
| 14 | |
| 15 | Attorneys for Defendant |
|   | FCA US LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MARIN | **CASE NO** : 2:17-cv-05254-MRW |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |
| FCA US LLC, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | Honorable Judge Michael R. Wilner |

# ORDER

-1-
[PROPOSED ORDER] GRANTING JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 30, 2019

                                                  Honorable Judge Michael R. Wilner

[PROPOSED ORDER] GRANTING JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE